No. 02–9213.  EARVIN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–9216.  EAMES, AKA RODGERS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9217.  DYER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9219.  DOYLE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–9222.  AKSOY, AKA YILMAZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9226.  MILLER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–9227.  MENDOZA-VALLES, AKA MONSEIGNEUR-SILERO, AKA SILERO-MONSEIGNEUR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9228.  McNEAR v. NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–9231.  BALTIMORE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9237.  ESPARZA-RAMIREZ v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–9242.  RIDDICK v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9243.  SHIVERS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9246.  RAPOSO v. UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT.  C. A. 2d Cir.  Certiorari denied.

No. 02–9248.  BENAVIDES-GUTIERREZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9250.  DeCARLO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.